# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

CLOSED

| | |
|---|---|
| VFS LEASING CO.<br><br>            Plaintiff,<br><br>vs.<br><br>TEAM LOGISTICS, INC., a California Corporation; BIG D EXPRESS, INC., a California corporation; HERITAGE TRANSPORT, INC., a California corporation; BALJIT SINGH, an individual; DHARMINDER RANDHAWA aka DHARMINDER SINGH RANDHAWA aka DHARMINDER SINGH, an individual; MANVINDER KAUR aka MANVINDER SINGH KAUR aka MANVINDER SINGH, an individual;<br><br>            Defendants. | CASE NO. 5:17-cv-01568-JFW(SPx)<br><br>**AMENDED JUDGMENT** |

On April 27, 2018, the Court granted Summary Judgment in favor of Plaintiff VFS Leasing Co. ("VFS Leasing") and against Defendants Baljit Singh, an individual, and Heritage Transport, Inc., a California corporation [Docket No. 47] and entered the Statement of Decision related thereto [Docket No. 48]. After all other claims and parties were dismissed, the Court entered Final Judgment in favor of VFS Leasing and against Defendants Baljit Singh, an individual, and Heritage Transport, Inc., a California corporation, jointly and severally, in the

-1-

amount of $210,840.63. [Docket No. 76].

On June 29, 2018, VFS Leasing filed a Motion for Attorneys' Fees and Costs ("Motion"). [Docket No. 78]. After considering the Motion, and for good cause appearing, VFS Leasing's Motion was granted and it was ordered Defendants Baljit Singh, an individual, and Heritage Transport, Inc., a California corporation, jointly and severally, to pay VFS Leasing's "attorneys' fees in the amount of $64,689.50 and $186 in costs by August 15, 2018." [Docket No. 84]. To date, Defendants Baljit Singh and Heritage Transport, Inc. have not paid the award of attorneys' fees and costs.

**ACCORDINGLY, THE COURT ORDERS AND ENTERS AN AMENDED JUDGMENT FOR PLAINTIFF AS FOLLOWS:**

1. Judgment is entered in favor of VFS Leasing and against Defendants Baljit Singh, an individual, and Heritage Transport, Inc., a California corporation, jointly and severally, in the total amount of $275,716.13, comprised of the original judgment amount of $210,840.63, plus $64,689.50 in attorneys' fees of and $186 in litigation costs; and

2. This Court will retain jurisdiction to consider any motions for costs and attorneys' fees incurred in connection with post-trial and enforcement proceedings that postdate this Order.

**IT IS SO ORDERED.**

Dated: August 17, 2018

_____
Hon. John F. Walter
U.S. DISTRICT COURT JUDGE